ERHARD KUNDINGER v. THE DETROIT, GRAND HAVEN & MILWAUKEE RAILWAY COMPANY.

*Conclusiveness of findings of fact.*

A finding of fact in a case at law tried without a jury, is conclusive where there is any evidence to found it upon, even though the evidence is conflicting.

Error to Wayne. (Jennison, J.)   June 22.—June 22.

CASE. Defendant brings error. Affirmed.

*William H. Russell* and *George Jerome* for appellant.

*Edward A. Gott* for appellee.

PER CURIAM. The only question in this case is whether the evidence in the case conclusively made out negligence on the part of plaintiff contributing to the injury of which he complains. Unless it did, he was entitled to recover. We find, on examination, that there was evidence of such

negligence, and also evidence of due care; and the question having been decided on the facts in plaintiff's favor, the finding is conclusive, and no question of law arises for decision now.

The judgment is affirmed with costs.